24 So.2d 927

**Dennis UPSHAW v. STATE.**
**4 Div. 908.**

Court of Appeals of Alabama.
Nov. 20, 1945.

Wm. N. McQueen, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

25 So.2d 858

**Frank UPSHAW v. STATE.**
**4 Div. 934.**

Court of Appeals of Alabama.
April 2, 1946.

Wm. N. McQueen, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

24 So.2d 927

**E. E. VICE v. STATE.**
**7 Div. 822.**

Court of Appeals of Alabama.
Jan. 22, 1946.

Wm. N. McQueen, Atty. Gen., for the State.

CARR, Judge.
Appeal dismissed.

23 So.2d 150

**James Eddie WALKER v. STATE.**
**6 Div. 185.**

Court of Appeals of Alabama.
May 15, 1945.

Wm. N. McQueen, Acting Atty. Gen., for the State.

CARR, Judge.
Affirmed.

21 So.2d 858

**Jennings Harvey WALKER v. STATE.**
**1 Div. 505.**

Court of Appeals of Alabama.
April 10, 1945.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

21 So.2d 858

**Frazier WALTON v. STATE.**
**6 Div. 149.**

Court of Appeals of Alabama.
Jan. 16, 1945.

Rehearing Denied Feb. 13, 1945.

H. M. Powell, of Birmingham, for appellant.
Wm. N. McQueen, Acting Atty. Gen., for the State.

RICE, Judge.
Affirmed.